**Exhibit A to the Complaint**

**Location:** Woodland Hills, CA  
**Total Works Infringed:** 24

**IP Address:** 107.216.143.212  
**ISP:** AT&T U-verse

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: DC1EF5295EC3C8EE8527AB35D282F168A90EB8ED<br>File Hash: 5831A5DBC9EC96564D1A78686E5A2B259B7E01301161AB2375982B3AD22F2BFB | 11-11-2021 21:53:43 | Tushy | 11-07-2021 | 11-11-2021 | PA0002321317 |
| 2 | Info Hash: D1E9777E67C9341EDDCA1915A749026CC2307DB6<br>File Hash: 21CDED7FB317274770D07E001AB2481E1EA2D946800B7787A59F61272DEF94CD | 10-26-2021 20:03:28 | Tushy | 10-24-2021 | 11-11-2021 | PA0002321315 |
| 3 | Info Hash: E5F878ECB815AFC5A8C5644F643FC592DFB2A5BF<br>File Hash: 4026ACA5892A78F5DB0B79FF224BDF3182D0F5D9C2E44AF49BB49BAF4D5077B7 | 09-28-2021 15:47:32 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |
| 4 | Info Hash: B07A7A408F38E5428BD38675450B8DC9FF3C8655<br>File Hash: 9DBAF250B3BD5FBD84315D9C15652DA984D02784AAEEC6D30AE35993B9FFFD0B | 09-13-2021 19:28:25 | Vixen | 08-13-2021 | 09-08-2021 | PA0002316101 |
| 5 | Info Hash: CA69F01A7C793E9D7F3769786039E98EC979CA11<br>File Hash: 9A6D82C31A3713BAA99BBB2C48D1A3DE88EC1A3599A18900350BD6E4FA26E599 | 08-23-2021 17:51:31 | Tushy | 11-15-2020 | 12-09-2020 | PA0002274948 |
| 6 | Info Hash: 2D8F105CB57AD0FD1250254D4910D00E4CBBCDCC<br>File Hash: E02D528851367835DE17CC4D35D0BA309A12CBBFE4576886A79AEB1B91F66DCC | 08-23-2021 17:50:23 | Vixen | 05-15-2020 | 06-08-2020 | PA0002243648 |
| 7 | Info Hash: 1A7246D672BF75E1B54BD209E1A045C1537C3382<br>File Hash: CDCF5E58B50B8E4B1CEDBEDF1D3C4025C2120BDF5107AF1E45ED0BDEAC00FB1D | 08-23-2021 17:50:00 | Vixen | 10-30-2020 | 11-18-2020 | PA0002272620 |
| 8 | Info Hash: 075701058B5233DFA940D87F9D05CAF901780114<br>File Hash: 4199B32B69C8D3E9A035546D3466D550A51C76E12CA03B5FD24CE55F3E6BBC3E | 08-23-2021 17:28:31 | Vixen | 08-19-2021 | 10-05-2021 | PA0002315294 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 18B454A9C4B392D3B36B10F5307E46926A367695<br>File Hash: EB6023B1657E210E86575F931569CCF8B2FBE7EA18E20EA36311A311C0FE0414 | 06-30-2021 18:11:33 | Tushy | 04-21-2019 | 06-03-2019 | PA0002178776 |
| 10 | Info Hash: 0B16315F57F07E173D0600CC87ABFC94AE29EC92<br>File Hash: 33AEBBD46B2488A8CD867F100BE6B44FF52555906ED5E40AFFA434DD06FF325B | 06-30-2021 17:24:49 | Tushy | 11-02-2018 | 12-10-2018 | PA0002145834 |
| 11 | Info Hash: BE759F6A958267C1A4C7E1B93F63ECB0B0EE0A46<br>File Hash: 4CA71F7DF19396D03CFAE2047B41EE8B846297AC0CD7DF5EB885A7BA9879C004 | 06-28-2021 06:02:05 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 12 | Info Hash: 114E6BA8D6B4AF1069E648F1949BDB465DFF7320<br>File Hash: C955C718977BCB5250F5AA3C08DC0DDEDDB04650A0D9E2C796AECB178D4946F9 | 06-14-2021 18:09:23 | Vixen | 11-06-2020 | 12-09-2020 | PA0002274936 |
| 13 | Info Hash: 727178DEDE59549B0F3D19A6AE9F515971FBF3AC<br>File Hash: 9FDA321883F29EEEC3762C56924CB22E57A8F3DAD2A6A2539740A75970060C20 | 06-08-2021 15:24:15 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 14 | Info Hash: 2ADE8763346FFA11FC1395267FDA45ACC89C677C<br>File Hash: CAC816B88E76CA37F722E7F92736C38A9916269EB659FEA2E78918D83D06D7D8 | 06-07-2021 15:58:11 | Blacked Raw | 11-03-2018 | 12-10-2018 | PA0002145823 |
| 15 | Info Hash: 095F042567422449F7D8DF1F42C86AADF4849881<br>File Hash: 73A09E29C382A49CE03E47A0CDB3930655BE50786D249AB83FC020E2A09CB509 | 06-01-2021 17:14:30 | Vixen | 04-02-2021 | 06-09-2021 | PA0002295593 |
| 16 | Info Hash: 62FC15B9E3ED07ED8B820E9D1C9BA6294BC9BDFF<br>File Hash: 76D8429F538EB3356D156D4F8BAB5440A08EAD0497F8498124384468A7E2E982 | 06-01-2021 16:55:03 | Tushy | 01-31-2020 | 03-15-2020 | PA0002240443 |
| 17 | Info Hash: 5167AC74AE2BC1DC8217D9D9F650397D03565CF0<br>File Hash: 86B858693F785B38CD42D483226C479FC8F3EFCE6A2F13AE4D99816128528085 | 04-26-2021 18:24:54 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 9F78A2F5EED40C498ABE733F0B017BEB99482A1E<br>File Hash: 96531365AA131996331F8E2EDCD2D43ABDD4A7DFB4A1E53244F6C5B8A7A94299 | 04-26-2021 16:50:56 | Tushy | 01-03-2021 | 02-02-2021 | PA0002280504 |
| 19 | Info Hash: 1D86D3F0BB61FB1DB1284E24C8C71602F44665D2<br>File Hash: B223C5D638F820B69D1ECB2757D3E98C599958E4EC5CBE91D2CCFC2E97C2E20C | 08-20-2020 16:48:08 | Tushy | 05-11-2018 | 05-24-2018 | PA0002101379 |
| 20 | Info Hash: D870E9A9EFB570C5601C29A4E0E1167ED5E3ABA4<br>File Hash: D09F57061C1E763BE9922FEA13E823573584D2E6CFFCD93DC125E3EC93CA2D3A | 08-10-2020 19:00:05 | Tushy | 05-26-2018 | 07-14-2018 | PA0002128078 |
| 21 | Info Hash: F03005B40A7A7C176A757AA013FCAEE57567AFA8<br>File Hash: BD4213864BCBB75645111940739CE47CD5CA2FD674684CBAA90C741667B090AE | 04-16-2020 05:59:24 | Blacked | 04-11-2020 | 04-22-2020 | PA0002237696 |
| 22 | Info Hash: EC977E2980F8945172E61F868899C59CE850C90F<br>File Hash: 2CAF72B451343F7CC925C036751DD13BDF8A0C8A3BCAB07649DFE27376516005 | 08-26-2019 00:51:03 | Vixen | 08-22-2019 | 09-17-2019 | PA0002216215 |
| 23 | Info Hash: 9B0868ADF354DAA85E0ECB8C1DF783A6D1829660<br>File Hash: A054D0D2AA55E9326D3B0F091CE06AF5C4E95E0C686E69DEBD44C9F50FB47ACE | 08-15-2019 20:38:22 | Tushy | 08-09-2019 | 09-11-2019 | PA0002199987 |
| 24 | Info Hash: 03C069E6AEB87AFBA7D5C238902F8B37E79B3A47<br>File Hash: D529C07D0BB9480ACA88916FA1E57CE98498A9620B6923EBD09F31BEF3E2ADB7 | 07-26-2019 23:33:04 | Tushy | 07-25-2019 | 08-22-2019 | PA0002195515 |